UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RICHARD ROSENZWEIG,

    Plaintiff,

v.                                     No.: 1:19-cv-00812-SMV-JHR

LINDA PAINTER

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties Joint Motion to Dismiss with Prejudice. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice be and hereby is GRANTED, and Plaintiff's Complaint for Personal Injuries against Defendant, is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

_____
STEPHAN M. VIDMAR, United States Magistrate Judge

SUBMITTED AND APPROVED BY:

**ALLEN, SHEPHERD, LEWIS & SYRA, P.A.**

By: */s/ Aaron R. Kugler*
Aaron R. Kugler
P.O. Box 30488
Albuquerque, NM 87199-4750
(505) 341-0110
*Attorneys for Defendant*

**HUNT LAW FIRM**

By: *Approved via email on November 25, 2019*
Lee R. Hunt, Esq.
Aimee S. Bevan, Esq.
518 Old Santa Fe Trail, #501
Santa Fe, New Mexico 87505
(505) 954-4868
lee@huntlaw.com
aimee@huntlaw.com
*Attorneys for Plaintiff*